IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION


WILLIE STOVER, JR.,                    *

      Petitioner,              *

vs.                                    *
                                   CASE NO. 4:08-CV-114 (CDL)
TONY WASHINGTON, Warden, and           *
THURBERT E. BAKER, Attorney
General of the State of                *
Georgia,
                                           *

      Respondents.             *
_____   *


ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE


     After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 19, 2008 is hereby approved, adopted, and made the Order of the Court.

     The objection of the Petitioner, entitled "Appeal of Dismissal," was forwarded to the District Court by the Court of Appeals since the case had not been dismissed.  Upon consideration of that objection, the Court finds it to be without merit.

     IT IS SO ORDERED, this 31st day of December, 2008.


                                S/Clay D. Land
                                   CLAY D. LAND
                         UNITED STATES DISTRICT JUDGE